UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>J. RIVERO,<br><br>    Defendant. | Case No.: 1:17-cv-00639-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MELVIN RAY BRUMMETT, JR., CDCR # V-29100<br><br>DATE: September 18, 2017<br>TIME:  8:30 a.m.<br>LOCATION: California State Prison, Corcoran |

 **Inmate Melvin Ray Brummett, Jr.**, **CDCR # V-29100**, a necessary and material witness on his own behalf in proceedings in a settlement conference on September 18, 2017, is confined at Substance Abuse Treatment Facility (SATF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on September 18, 2017, at 8:30 a.m.

 **ACCORDINGLY, IT IS ORDERED that:**

 1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

 2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

 **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SATF, P. O. Box 7100, Corcoran, CA 93212:**

 **WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

 **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **August 17, 2017**
                    UNITED STATES MAGISTRATE JUDGE

