FILED

SEP 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. RIVERO, <br><br> Defendant. | Case No.: 1:17-cv-00639-SAB (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELVIN RAY BRUMMETT, JR., CDCR # V-29100 |

Plaintiff Melvin Ray Brummett, Jr., is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on September 18, 2017. Inmate Melvin Ray Brummett, Jr., CDCR Inmate # V-29100, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **September 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE