# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No.: 1:17-cv-00639-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| J. RIVERO, | |
| Defendant. | |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2017, United States Magistrate Judge Barbara A. McAuliffe conducted a settlement conference and the case did not settle. Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of service of this order, Defendant shall file a response to the complaint.

IT IS SO ORDERED.

Dated: **September 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1