**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELVIN RAY BRUMMETT, JR., | ) | Case No.: 1:17-cv-00639-SAB (PC) |
| Plaintiff, | ) | |
| | ) | ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS UNNECESSARY |
| v. | ) | |
| J. RIVERO, | ) | [ECF No. 26] |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the complaint, along with a first amended complaint which was lodged on November 14, 2017.

On May 8, 2017, the Court severed Plaintiff's retaliation claim against Defendant J. Rivero from his retaliation claim against Defendant Dean in case number 1:16-cv-01400-AWI-SAB (PC), Melvin Ray Brummett, Jr. v. R. A. Dean, and the instant action was opened.

In the instant motion, Plaintiff seeks to amend the complaint "in order to completely separate his civil complaints." Plaintiff is advised that amendment of the complaint is not necessary as this action is proceeding solely on his retaliation claim against Defendant J. Rivero and his retaliation claim against Defendant Dean is proceeding in case number 1:16-cv-01400-AWI-SAB (PC), Melvin Ray Brummett, Jr. v. R. A. Dean.

Accordingly, Plaintiff's motion to amend the complaint is denied as unnecessary.

IT IS SO ORDERED.

Dated:   **November 15, 2017**

_____
UNITED STATES MAGISTRATE JUDGE