UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br>Plaintiff, <br><br>v. <br><br>J. RIVERO, <br><br>Defendant. | Case No.: 1:17-cv-00639-LJO-SAB (PC) <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br><br>[ECF Nos. 32, 36] |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 2, 2018, the Magistrate Judge filed a Findings and Recommendation recommending that Plaintiff's motion for summary judgment be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within thirty days. No objections were filed and the time period to do has expired

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on April 2, 2018, is adopted in full; and
2. Plaintiff's motion for summary judgment is denied.

IT IS SO ORDERED.

Dated: **May 8, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE