# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. RIVERO, <br><br> Defendant. | Case No.: 1:17-cv-00639-LJO-SAB (PC) <br><br> ORDER REQUIRING DEFENDANT TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS <br><br> (ECF No. 38) |

Plaintiff Melvin Ray Brummett, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2018, Defendant filed a notice of settlement. (ECF No. 38.) Pursuant to Defendant's notice of settlement, the parties are HEREBY ORDERED to file dispositional documents within thirty (30) days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 7, 2018**

UNITED STATES MAGISTRATE JUDGE